UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2025-1
NOVEMBER 18, 2025 SESSION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:25-cr-00193
    21 U.S.C. § 841(a)(1)

MICHAEL LEE HOOVER

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about September 8, 2025, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MICHAEL LEE HOOVER knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about September 9, 2025, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MICHAEL LEE HOOVER knowingly and intentionally distributed a quantity of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about September 15, 2025, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MICHAEL LEE HOOVER knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about September 15, 2025, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant MICHAEL LEE HOOVER knowingly and intentionally possessed with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

MOORE CAPITO
United States Attorney

By: _____
JUDSON C. MACCALLUM
Assistant United States Attorney